## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VAIKAI HOSPITALITY, INC., | : | NO. 1:23-CV-02132 |
| Plaintiff, | : | |
| | : | |
| v. | : | (CAMONI, M.J.) |
| | : | |
| UTICA MUTUAL INSURANCE | : | |
| COMPANY, | : | |
| Defendant. | : | |

## ORDER

For the reasons set forth in the Court's Memorandum Opinion, it is

hereby **ORDERED** that:

(1)   Defendant's motion for summary judgment (doc. 34) is **GRANTED** as to all claims;

(2)   The Clerk of Court is directed to **CLOSE** this case.

Date: March 18, 2026                    s/ *Sean A. Camoni*
                                        Sean A. Camoni
                                        United States Magistrate Judge

1